■ VALERIE C. MAJKA et al., Respondents, v SAMUEL T. RUBINO, et al., Respondents and ST. LUKE'S MEMORIAL HOSPITAL CENTER, Appellant.—Order unanimously reversed, with costs, and motion denied, with leave to plaintiff to move upon a proper showing for an order vacating the default, if so advised. (See *McNamara v Hutchinson,* 33 AD2d 26; CPLR 3404.) (Appeal from order of Oneida Special Term restoring action to Trial Calendar.) Present—Marsh, P. J., Cardamone, Mahoney, Del Vecchio and Witmer, JJ.